| CRIMINAL COMPLAINT | | COMPLAINT OR | TYPE | NUMBER |
|---|---|---|---|---|
| BETTY LLOYD<br>DISTRICT JUSTICE<br>MAGISTERIAL DISTRICT NO. 05-2-09<br>300 RANKIN BLVD<br>RANKIN, PA. 15104 | | CR | 1992 | 386 |
| | | Complaint Numbers if Other Participants | | |

| INCIDENT NUMBER | UCR NO. | OTN |
|---|---|---|
| BN-5055992-T | | E 056823-4 |

CP 9212134

**COMMONWEALTH OF PENNSYLVANIA**
DEFENDANT:      VS.

| NAME AND ADDRESS | WENDELL SLADE B/M<br>HAWKINS VILLAGE<br>RANKIN, PA. 15104 |
|---|---|

I, **HARRY J. KLOSHEN**
*(Name of Affiant)*

of **SWISSVALE POLICE DEPARTMENT**
*(Identify department or agency represented and political subdivision)*
**7560 ROSLYN ST**
**SWISSVALE, PA. 15218**

R.S.A.
A K A

do hereby state:

(1) [X] I accuse the above named defendant, who lives at the address set forth above or,

[ ] I accuse an individual whose name is unknown to me but who is described as _____

[ ] his nickname or popular designation is unknown to me and, therefore, I have designated him herein as John Doe; with violating the penal laws of the Commonwealth of Pennsylvania at _____
*(Place-Political Subdivision)*

**SWISSVALE** in **ALLEGHENY** County on or about **6/26/92 FRI 20:25 HRS**

Participants were *(if there were participants, place their names here, repeating the name of above defendant)*:

(2) The acts committed by the accused were: (A) VIOLATIONS OF THE CONTROLLED SUBSTANCE, DRUG, DEVICE, AND COSMETIC ACT. PA. ACT 64, OF APRIL 14, 1972. (1 COUNT)

COUNT 1: POSSESSION OF A CONTROLLED SUBSTANCE. THE DEFENDANT, WENDELL SLADE DID POSSESS 0.5 GRAMS OF COCAINE, A CONTROLLED SUBSTANCE, THE DEFENDANT NOT THEN AND THERE LICENSED OR REGISTERED BY THE COMMONWEALTH.

COUNT 2: POSSESSION WITH THE INTENT TO DELIVER A CONTROLLED SUBSTANCE. THE DEFENDANT WENDELL SLADE DID POSSESS 0.5 GRAMS OF COCAINE, WITH THE INTENT TO DELIVER THE SAID SUBSTANCE TO ANOTHER PERSON.

COUNT 3: DELIVERY OF A CONTROLLED SUBSTANCE. THE DEFENDANT, WENDELL SLADE, DID DELIVER 0.5 GRAMS OF COCAINE, A CONTROLLED SUBSTANCE TO OFFICER HARRY J. KLOSHEN SWISSVALE POLICE DEPARTMENT, FOR THE SUM OF $60.00 IN OFFICIAL FUNDS, THE DEFENDANT NOT THEN AND THERE LICENSED BY THE COMMONWEALTH TO POSSESS OR DELIVER SAID SUBSTANCE.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of **SEC. 13A** *(Section)* and **SS16&30** *(Sub-Section)* of the Act of **64, CONTROLLED, SUBSTANCE, DRUG, DEVICE & COSMETIC ACT.**

or the _____ Ordinance of _____
*(Political Sub-division)*

(3) I ask that a warrant of arrest or a summons be issued and that the accused be required to answer the charges I have made.

(4) I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C. S. §4904) relating to unsworn falsification to authorities.

**AUGUST 19**, 19**92**                    *Harry J. Kloshen*
                                          *(Signature of Complainant)*

AND NOW, on this date **AUGUST 19**, 19**92**, I certify the complaint has been properly completed and verified, and that there is probable cause for the issuance of process.

**05-2-09**                                *Betty Lloyd* (SEAL)
*(Magisterial District)*                    *(Issuing Authority)*

AOPC 411-86                **ORIGINAL**                SEE REVERSE SIDE FOR WAIVER AND FOOTNOTES

COMMONWEALTH OF PENNSYLVANIA

vs

WENDELL SLADE

AKA _____

COUNTY
CONSTABLE FEE
VOUCHER
FILE # 249655
AMOUNT 951.70
RESTITUTION

1   F   J

7-3-92 _____ Offense Date
8-19-92 _____ Date Filed
10-23-92 ____ Pre-trial Date
2-15-93 _____ 180th Day
11-4-92 _____ F.A.

Judge _____

A.D.A. _____

Deft. _____

Reporter _____

Minute Clerk _____

CC No. 9212137
SS # [redacted]   D.O.B. 4-9-74
Actor's Race BLACK   Sex MALE
O.T.N. No. E0568212
B.C.I. No. 238074

NOTICE: SEE ATTACHED SHEET CASE TO BE JOINED PURSUANT TO RULE 1127

Count 1:  VIOLATION OF CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT:
          POSSESSION OF CONTROLLED SUBSTANCE   (Section 13(a)(16))

Count 2:  VIOLATION OF CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT:
          POSSESSION WITH INTENT TO DELIVER   (Section 13(a)(30))

Count 3:  VIOLATION OR CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT:
          DELIVERY OF CONTROLLED SUBSTANCE   (Section 13(a)(30))

Date: MAY 12 1993 _____ 19___
Courtroom No. 5
Before James R. M'Gregor Judge
Laura Ditka Trial A.D.A.
Jocelynn Kearney Def. Attorney
Veronica Robb Court Reporter

The Defendant present in open court with counsel, pleads guilty to the preferred charges _____ in the within information.

_Wendell Slade_

Record verified by:
_Mary Ellen Berdar_
Minute Clerk

x3 And now MAY 12 1993, 19___
Defendant sentenced to pay a fine of 6/¢ ¢ to the Commonwealth Pay costs of prosecution, and undergo an imprisonment of not less than _two_ _____ or more than 23 mo in the Allegheny County Jail and stand committed. DUC 9/10/92 This sentence to run concurrent with sentence imposed at No. 9212134 + 9214175 Sessions 19 ____ pay costs and pay restitution of 10 ¢ Swissvale Police Department ____ as ____ by clerk of courts.

_J. M'Gregor Jr._

CASE(S) JOINED TOGETHER PURSUANT TO PA. R. CRIM. P. 1127:

COMMONWEALTH V. WENDELL SLADE

| | | |
|---|---|---|
| CC9212137 | F/A 11/04/92 | D/A - UNKNOWN |
| 9212134 | F/A 11/04/92 | D/A - UNKNOWN |

Page 1 of 1

Count 3     DELIVERY OF         Felony
         CONTROLLED SUBSTANCE,
         DRUG, DEVICE OR COSMETIC

The actor not being registered under the Controlled Substance, Drug, Device and Cosmetic Act, Act of April 14, 1972, nor a practitioner registered or licensed by the appropriate State Board, delivered cocaine, a controlled substance, to a confidential informant, in violation of Section 13(a)(30) of the Controlled Substance, Drug, Device and Cosmetic Act, Act of April 14, 1972, 35 P.S. §780-113(a)(30).

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
Attorney for the Commonwealth

CC No. 9212137

## COMMONWEALTH OF PENNSYLVANIA

vs

WENDELL SLADE

AKA _____

_____

RECEIPT OF COPY OF INFORMATION

I hereby certify that I have received a copy of the information filed by the District Attorney in the above-captioned action.

/ /  DEFENDANT

/ /  DEFENDANT'S COUNSEL OF RECORD

See 9212134
_____
SIGNATURE

11 6 92
_____
DATE